# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, <br><br> Plaintiff, <br> v. <br><br> AMREIT PRESTON ROYAL, LP, a Texas Limited Partnership, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )  Case No.: 3:14-cv-03266-N |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant AmREIT Preston Royal, LP, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss Defendant AmREIT Preston Royal, LP, with prejudice. The parties further stipulate that, except as agreed between the parties, each party shall be responsible for its own fees and costs.

Dated: June 12, 2015


Respectfully Submitted,

By: */s/ Seth P. Crosland*
Seth P. Crosland, Esq.
Texas Bar No. 24069551
Local Counsel
Crosland Law Firm
12225 Greenville Ave., Suite 700
Dallas, Texas 75243
Phone: (214) 810-5401
Fax: (214) 988-5794
seth@wellscrosland.com

and

Respectfully Submitted,

By: */s/ John Mayer*
John Mayer, Esq.
Texas Bar No. 13274500
Ross, Banks, May, Cron & Cavin, P.c.
2 Riverway, Suite 700
Houston, TX 77056
Phone: (713) 626-1200
Fax: (713) 623-6014
jmayer@rossbanks.com

*Attorneys for Defendant*
AMREIT PRESTON ROYAL, LP

1

Louis I. Mussman, Esq.
Florida Bar No. 597155
Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100
Miami Lakes, FL 33014
Tel: (305) 891-1322
Fax: (305) 891-4512
louis@kumussman.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on June 12, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5. Any other counsel of records will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                  By: */s/ Seth P.Crosland*
                                                      Seth P. Crosland, Esq.